# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | | |
|---|---|---|
| **PAMELA O. SIZEMORE,** | ) | |
| **Plaintiff** | ) | **Case No. 1:08cv00035** |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **SOUTHWEST VIRGINIA REGIONAL** | ) | |
| **JAIL AUTHORITY, et al.** | ) | By: Glen M. Williams |
| **Defendants** | ) | Sr. United States District Judge |

This case is currently before the court on the motion of the defendant, Southwest Virginia Regional Jail Authority, ("SWVRJA"), for summary judgment, (Docket Item No. 26). This case was referred, pursuant to 28 U.S.C. § 636(b)(1)(B), to the Honorable Pamela Meade Sargent, United States Magistrate Judge. On October 13, 2009, the Magistrate Judge entered a Report And Recommendation, (Docket Item No. 39), ("the Report"), recommending the motion for summary judgment be granted in part and denied in part. Objections to the Report were due by October 30, 2009; however, no objections were filed. As such, the Magistrate Judge's Report shall be **ACCEPTED**.

Accordingly, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the court **GRANTS** summary judgment in favor of the defendant on Sizemore's hostile work environment claim, **DENIES** summary judgment on her disparate treatment claim, and **DISMISSES** her age discrimination claim.

The Clerk is hereby directed to enter this Order and send copies of this Order to all counsel of record.

Enter: this 13th day of November, 2009.

/s/ Glen M. Williams
SENIOR UNITED STATES DISTRICT JUDGE